Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE A. CORBETT,<br><br>Defendant. | No. 6:16-MJ-0084-MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Kyle Corbett, by and through his attorney of record, Assistant Federal Defender, Hope Alley, that the status conference in the above-captioned matter set for November 28, 2017 be continued to January 23, 2018 at 10:00 a.m. At the request of the Defendant the Government sent evidence to the California Department of Justice Labs for analysis. The confirmed results of that analysis are expected to be completed the first week of December, and the Government needs additional time to obtain the material and transmit it to defense counsel.

Dated: November 20, 2017 /S/ Susan St. Vincent_____
Susan St. Vincent
Legal Officer
Yosemite National Park

1

Dated:  November 20, 2017   /S/  Hope Alley
Hope Alley
Assistant Federal Defender for
Kyle Corbett

**ORDER**

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the November 28, 2017, Status Conference for Kyle Corbett, Case 6:16-mj-00097-MJS, is continued to January 23, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   November 21, 2017        /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2