HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
KYLE CORBETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:16-mj-00097-MJS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR** |
| | ) | **PLEA AND SENTENCING; ORDER** |
| vs. | ) | |
| | ) | Hon. Michael J. Seng |
| KYLE CORBETT, | ) | Date: January 23, 2018 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | |
| | ) | |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Kyle Corbett, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the January 23, 2018 hearing and that he be allowed to appear by video from the United States District Court in Los Angeles, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Corbett to appear by video for plea and sentencing.

Mr. Corbett currently resides in Long Beach, California, where he is staying with extended family and is without a vehicle. Nonetheless, the parties have reached a resolution and are prepared to go forward with plea and sentencing on January 23, 2018 at 10 a.m. Mr. Corbett respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District Court in Los Angeles,

California, for purposes of plea and sentencing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018                    /s/ Hope Alley
                                          HOPE ALLEY
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          KYLE CORBETT

# **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the January 23, 2018 change-of-plea hearing in Case No. 6:16-mj-00097-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Los Angeles, California, and a fully executed written plea agreement is submitted to the Court at least 48 hours before the hearing.

IT IS SO ORDERED.

Dated:   January 16, 2018          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

Corbett: Rule 43 Waiver