HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
ALYSSA MACK
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Alyssa_Mack@fd.org

Attorney for Defendant
Kyle Corbett

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00097-JDP |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF DEFENDANT'S APPEARANCE AT REVIEW HEARING; ORDER** |
| vs. | |
| Rogelio Gonzalez, | Date: December 11, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Kyle Corbett, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the December 11, 2018 review hearing and that he be allowed to appear by video from the United States District Court in Los Angeles, California. The Government has no objection to this request. Defendant notes that the Government filed an affidavit of alleged probation violations on December 4, 2018. (See ECF No. 22.) To the extent the December 11, 2018 hearing results in Mr. Corbett being resentenced pursuant to a probation violation, the Court has authority pursuant to Rule 43(b)(2) to allow him to appear via video conference for sentencing.

Mr. Corbett still resides in Long Beach, California without access to a vehicle, and he relies on family and friends for transportation and housing. Additionally, he has recently begun regular work with a landscaping company based in Southern California.

Accordingly, Mr. Corbett respectfully requests that this Court waive his personal appearance at the December 11, 2018 review hearing and allow him to appear via video from the United States District Court in Los Angeles, California.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2018  */s/ Alyssa Mack*
ALYSSA MACK
Assistant Federal Defender
Attorney for Defendant
KYLE CORBETT

**O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance at the December 11, 2018 trial setting hearing in Case No. 6:16-mj-00097-JDP, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   December 7, 2018

UNITED STATES MAGISTRATE JUDGE